

NUMBER 13-13-00195-CV
NUMBER 13-13-00562-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| JOHN SCHELLENBERG AND LISA SCHELLENBERG, | **Appellants,** |

**v.**

| | |
|---|---|
| FIRST STATE BANK CENTRAL TEXAS AND ROGER D. HEINHEIMER, | **Appellees.** |

On appeal from the 53rd District Court
of Travis County, Texas

# O R D E R

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

John Schellenberg and Lisa Schellenberg, appellants, perfected an appeal from a

judgment entered by the 53rd District Court of Travis County, Texas, in cause number

D-1-GN-10-0001013.[1]  This cause is presently before the Court on a joint motion for dismissal of appellee Roger Rheinheimer from this appeal.

Appellants John Schellenberg and Lisa Schellenberg and appellee Roger Rheinheimer request that this Court dismiss the appeal with respect to Roger Rheinheimer.  The appeal with respect to Roger Rheinheimer is SEVERED from the remainder of the appeal and placed into appellate cause number 13-13-00562-CV styled John Schellenberg and Lisa Schellenberg v. Roger Rheinheimer.  The appeal of John Schellenberg and Lisa Schellenberg v. First State Bank Central Texas remains docketed under cause number 13-13-00195-CV and will proceed in due course.

PER CURIAM

Delivered and filed the
18th day of November, 2013.

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to an order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).